

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2016

No. 04-16-00253-CV

**GUADALUPE COUNTY**,
Appellant

v.

**WOODLAKE PARTNERS, INC**. and Woodlake Partners, L.P.,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-1270-CV
Honorable William Old, Judge Presiding

# O R D E R

Sitting:      Marialyn Barnard
                  Patricia O. Alvarez
                  Luz Elena D. Chapa

After the briefs were filed, appellees – who did not request argument in their brief – filed a motion requesting oral argument. After review, we **DENY** appellees' motion.

It is so ORDERED on December 20, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court